FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____
DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:13-CR-267-KJD-(PAL) |
| ZULFIYA SHAMILEVA KARIMOVA, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On September 10, 2013, defendant ZULFIYA SHAMILEVA KARIMOVA pled guilty to Counts One through Four of a Four-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349; and in Counts Two through Four with Bank Fraud in violation of Title 18, United States Code, Section 1344 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds that ZULFIYA SHAMILEVA KARIMOVA shall pay a criminal forfeiture money judgment of $427,825 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ZULFIYA SHAMILEVA KARIMOVA a criminal forfeiture money judgment in the amount of $427,825 in United States Currency.

DATED this 10th day of Sept, 2013.

_____
UNITED STATES DISTRICT JUDGE